

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:    01-15-00423-CV

Style:    In re 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC,

Galovelho, LLC, Bahtche, LLC, Claudio Nunes and David Jeiel Rodrigues

Date motion filed[*]:    July 8, 2015

Type of motion:    Motion to Extend Time to File Motion for Rehearing and Motion for En Banc

Reconsideration

Party filing motion:    Relators

Document to be filed:    Motion for Rehearing and Motion for En Banc Reconsideration

If motion to extend time:

    Original due date:    July 8, 2015

    Number of previous extensions granted:    Current Due date:

    Date Requested:    July 23, 2015

Ordered that motion is:

    ☑Granted

        If document is to be filed, document due:  **July 23, 2015**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   /s/ Russell Lloyd
        ☑ Acting individually    ☐ Acting for the Court

Date:  July 14, 2015